BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JAN 30 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KARI SONOVICH,<br><br>    Defendant. | CASE NO.<br><br>2:14-CR-0023 JAM<br><br>ORDER<br>(Under Seal) |

Upon application of the United States of America and good cause having been shown, The Court hereby orders that the Indictment, the Arrest Warrant, Petition to Seal, and this Order, in the above-referenced case, shall be sealed until further order of this Court.

Dated: JAN 30, 2014

KENDALL J. NEWMAN
United States Magistrate Judge