

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARI SONOVICH,<br><br>Defendant. | Case No. 2:14-cr-00023-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __KARI SONOVICH__, Case No. __2:14-cr-00023-JAM__ from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ _____

    __X__   Unsecured Appearance Bond $   100,000

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    __X__   (Other): Cosigned by defendant's parents, William and Gerry Beauchamp, and brothers William and Jeff Beauchamp. Defendant to be released to the custody of Pretrial Services on 2/7/2014 at 9:00 AM.

Issued at Sacramento, California on February 6, 2014.

By: _____

Magistrate Judge Kendall J. Newman