JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
KARI SONOVICH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> KARI SONOVICH, ) <br> ) <br> ) <br> DEFENDANT. ) <br> ) <br> _____ ) | CR.NO.S-14-00023--JAM <br><br> STIPULATION BETWEEN THE PARTIES TO CONTINUE THE STATUS CONFERENCE TO TUESDAY, SEPTEMBER 30, 2014 WITH EXCLUSION OF TIME FROM THE SPEEDY TRIAL ACT AND FINDINGS OF FACT AND ORDER |

    The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Jean

Stipulation - 1

M. Hobler, and for the defendant, KARI SONOVICH, James R. Greiner, hereby agree and stipulate to the following[1]:

    1-By previous order, this matter was set for status on Tuesday, April 22, 2014, see docket entry number 9.

    2. By this Stipulation, the defendant now moves to continue the status conference until Tuesday, September 30, 2014 and to continue to exclude time pursuant to the Speedy Trial Act between Tuesday, April 22, 2014 and Tuesday, September 30, 2014, under Local Codes T-2 (complexity) and T-4 (time for adequate attorney preparation), as was done on February 6, 2014 (See docket entry number 9). The government has produced the following discovery in this case:

    a- A CD with 10,970 pages of discovery has been produced to the defense to date and

    b- A second CD with approximately 600 pages and

    c- the related case of: USA v. Vassallo, 09-179;  SEC v. Vassallo,09-665;  USA v. Sanders, 090-459 and USA v. Kenitzer, 09-459, there is approximately 65,000 pages of discovery and

---

[1] The government requested that the format presented in this stipulation be used by the parties.

1             d- In addition, the government has issued to
2  Google a search warrant for two e mail addresses, the amount of
3  discovery this may produce is undetermined at this time but
4  could be a significant amount of critical information.
5             3. The parties agree and stipulate to the
6  following facts and request the Court to find the following:
7             a. The government has produced discovery to date
8  which consists of 10,970 pages and
9             b. A second CD with approximately 600 pages and
10            c. the related case of: USA v. Vassallo, 09-179;
11 SEC v. Vassallo,09-665;  USA v. Sanders, 090-459 and USA v.
12 Kenitzer, 09-459, there is approximately 65,000 pages of
13 discovery and
14            d. The government has issued a search warrant to
15 Google regarding two e mail addresses, the amount of discovery
16 this may produce is undetermined at this time but could be a
17 significant amount of critical information.
18            e. Counsel for defendant Kari Sonovich needs
19 time, to begin to review all of the discovery which includes the
20 related cases and the yet to be determined result of the search
21 warrant to Google, review the all the discovery with the client,
22 to formulate an investigation plan, to conduct investigation
23 into this case, do research, which includes legal research, in

this case, and to otherwise do review and investigation, using due diligence, that this complex case requires.

       f. Counsel for defendant Kari Sonovich represents that the failure to grant the above requested continuance would deny counsel for the defendant Kari Sonovich the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       g. The government, based on all of the above, does not object to the continuance.

       h. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       i. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Tuesday, April 22, 2014 to Tuesday, September 30, 2014, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh

the best interest of the public and all of the defendants in a speedy trial.

    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

              IT IS SO STIPULATED.

              Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

    Respectfully submitted:

```
                    BENJAMIN B. WAGNER
                    UNITED STATES ATTORNEY

DATED: 4-16-14      /s/ Jean M. Hobler
                    _____
                    Jean M. Hobler
                    ASSISTANT UNITED STATES ATTORNEY
                    ATTORNEY FOR THE PLAINTIFF

DATED: 4-16-14      /s/ James R. Greiner
                    _____
                    James R. Greiner
                    Attorney for Defendant
                    KARI SONOVICH
```

Stipulation - 5

**ORDER**

**IT IS SO FOUND AND ORDERED.**


DATED: APRIL 16, 2014



        /s/ John A. Mendez\_\_\_
**JOHN A. MENDEZ
UNITED STATES
DISTRICT COURT JUDGE**