JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
KARI SONOVICH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,) | CR.NO.S 14-00023-JAM |
| ) | |
| PLAINTIFF, ) | STIPULATION BETWEEN THE PARTIES |
| ) | WITH PRE-TRIAL'S CONCURRENCE TO |
| v. ) | REMOVE SPECIAL CONDITIONS OF |
| ) | RELEASE # 11 AND 12 WITH ALL OTHER |
| KARI SONOVICH, ) | CONDITIONS TO REMAIN IN FULL FORCE |
| ) | AND EFFECT |
| ) | |
| DEFENDANT. ) | |
| ) | |
| _____) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Jean Hobler and the defendant, KARI SONOVICH, represented by James R. Greiner, hereby stipulate and agree that Special Conditions of Release, paragraphs 11 and 12 (the location monitoring program

and the Curfew) can be removed from the defendant's Special Conditions of release.

Pre-Trial Services is in agreement with this agreement and stipulation of the parties.

The reasons supporting this stipulation and agreement of the parties, which Pre-Trial Services is in agreement with are as follows:

> A. The defendant's overall compliance to conditions of release, and specifically to her electronically monitored curfew, since her release on supervision on 2/6/14.  As such, the parties  agree and Pre-Trial Services, who is charged with the monitoring and supervision of the defendant while on release conditions, agrees to remove conditions 11 and 12 which are:
>
> Condition # 11. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions

for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; and

**Condition # 12. CURFEW:** You are restricted to your residence every day from 9pm to 6am, or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

Based upon the fact that Pretrial Services reviews all NON-MANDATED location monitoring supervision cases every 90 days to determine if
    1-the condition is still warranted,
    2- based on risk factors,
    3- compliance to conditions,
    4- defendant's stability,
    5- and all other relevant factors of supervision in the case of each specific defendant,

in this particular and specific case, of defendant Kari Sonovich, based on all of the factors listed and the totality of Pre-Trial Services supervision, it was determined it would be appropriate to remove electronic monitoring and curfew for Ms. Sonovich.

The parties also agree and stipulate that all other conditions of release, including all of the other Special Conditions of release, shall remain in full force and effect. Pre-Trial Services is also in agreement with this agreement and stipulation of the parties.

```
                         BENJAMIN B. WAGNER
                         UNITED STATES ATTORNEY

DATED: 6-5-14            /s/ Jean M. Hobler
                         _____
                         Jean M. Hobler
                         ASSISTANT UNITED STATES ATTORNEY
                         ATTORNEY FOR THE PLAINTIFF


DATED: 6-5-14            /s/ James R. Greiner
                         _____
                         James R. Greiner
                         Attorney for Defendant
                         KARI SONOVICH
```

Stipulation for Removal of Paragraphs 11 and 12 of Special Conditions of Release - 4

[~~PROPOSED~~] **ORDER**

FOR GOOD CAUSE SHOWN,

Paragraphs 11 and 12 under the Special Conditions of Release are hereby removed and vacated with all other conditions of release, including all other Special Conditions of Release, to remain in full force and effect.

IT IS SO FOUND AND ORDERED.

DATED:  June 6, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE