1 BENJAMIN B. WAGNER
United States Attorney
2 JEAN M. HOBLER
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-00023 JAM |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| KARI SONOVICH, | |
| Defendants. | |

Plaintiff, the United States of America, by and through AUSA Jean M. Hobler and defendant, KARI SONOVICH, by and through counsel of record James R. Greiner, hereby stipulate and agree that Special Conditions of Release 9 be amended to read as follows:

> You shall not associate or have any direct or indirect contact with co-defendants or potential co-defendants in this case or any related case specifically including Ken Kenitzer, Michael David Sanders, Craig Anderson, Joseph Birch, and Anthony Vassallo (except and only as it relates to your shared child), or with any of the following investors: Gerry Bates, John Smith, Sunday Lease, Mike Lease, Leny Lease, John Holtman, Ken Holtman, James DeLong, Debbie Faiman, Charity Tharp, Russell Putnam, Roy Harris, Cindy Harris, Robert Buckhannon, Kristian Watford, Brandy White-Elk, Derrick Galli, or Jason Swobe; unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and,

The basis of this revised condition is that at the original hearing on this matter, the co-defendants were specifically named, but were not included in the written condition.  Thus, for clarity of the plaintiff and defendant's understanding of the defendant's obligations, the parties agree it is best that the co-

STIPULATION TO MODIFY CONDITIONS OF RELEASE         1

defendants/potential co-defendants be specifically named in the written conditions of release. The parties agree and stipulate that all other conditions of release, including all of the other Special Conditions of release, shall remain in full force and effect.

Pretrial Services is in agreement with this agreement and stipulation of the parties.

Dated: October 7, 2014   BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jean M. Hobler
JEAN M. HOBLER
Assistant United States Attorney

Dated: February 11, 2014

By: /s/ Jean M. Hobler for
JAMES R. GREINER
Counsel for defendant KARI SONOVICH

ORDER

Good cause appearing, the parties' stipulation is adopted and the Special Conditions of Release paragraph 9 will be modified to read:

> You shall not associate or have any direct or indirect contact with co-defendants or potential co-defendants in this case or any related case specifically including Ken Kenitzer, Michael David Sanders, Craig Anderson, Joseph Birch, and Anthony Vassallo (except and only as it relates to your shared child), or with any of the following investors: Gerry Bates, John Smith, Sunday Lease, Mike Lease, Leny Lease, John Holtman, Ken Holtman, James DeLong, Debbie Faiman, Charity Tharp, Russell Putnam, Roy Harris, Cindy Harris, Robert Buckhannon, Kristian Watford, Brandy White-Elk, Derrick Galli, or Jason Swobe; unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and,

IT IS SO ORDERED.

Dated: October 8, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE