IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>            v.<br><br>KARI SONOVICH,<br><br>                              Defendants. | CASE NO.  2:14-CR-00023 JAM<br><br>ORDER REGARDING PRODUCTION OF FILES PRODUCED BY GMAIL IN RESPONSE TO SEARCH WARRANT |

Pursuant to the request of the United States, and to facilitate the prompt production of the e-mails of the defendant produced by Google, Inc. in response to a search warrant, the Court hereby orders the United States to provide to the defense the files produced by Google, Inc. from the e-mail account of the defendant, Kari Sonovich, in the format provided by Google, Inc. to the United States.  The United States shall produce those files within 10 calendar days of receipt from the defense of media of sufficient capacity to contain the files, or the filing of this order, whichever is later.  IT IS SO ORDERED.

Dated:  _10/15/2014_____

                                                         /s/ John A. Mendez
                                                         JOHN A. MENDEZ
                                                         U.S. DISTRICT COURT JUDGE