JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
KARI SONOVICH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,) <br> ) <br> PLAINTIFF,                ) <br> ) <br>          v.          ) <br> ) <br> KARI SONOVICH,          ) <br> ) <br> ) <br> DEFENDANT.              ) <br> ) <br> _____) | CR.NO.S-14-23--JAM <br><br> STIPULATION BETWEEN THE PARTIES TO CONTINUE THE STATUS CONFERENCE TO TUESDAY, July 14, 2015 WITH EXCLUSION OF TIME FROM THE SPEEDY TRIAL ACT AND FINDINGS OF FACT AND ORDER |

   The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Jean

United States v. Sonovich, Continue Status Conference to

Tuesday, July 14, 2015 - 1

M. Hobler, and for the defendant, KARI SONOVICH, James R. Greiner, hereby agree and stipulate to the following[1]:

1-By previous order, this matter was set for status on Tuesday, February 24, 2015, see docket entry number 26.

2. By this Stipulation, the defendant now moves to continue the status conference until Tuesday, July 14, 2015 and to continue to exclude time pursuant to the Speedy Trial Act between Tuesday, September 30, 2014 and Tuesday, July 14, 2015, under Local Codes T-2 (complexity) and T-4 (time for adequate attorney preparation), as was done on February 6, 2014 and September 30, 2014, respectively. (See docket entries numbers 9 and 26). The government has produced the following discovery in this case:

a- A CD with 10,970 pages of discovery has been produced to the defense to date and

b- the related case of: USA v. Vassallo, 09-179;  SEC v. Vassallo,09-665;  USA v. Sanders, 090-459 and USA v. Kenitzer, 09-459, there is approximately 65,000 pages of discovery and

---

[1] The government requested that the format presented in this stipulation be used by the parties.

c- In addition, the government had issued to Google a search warrant for two e mail addresses, the government produced 7 DVD's of information that were in zip drive (meaning a lot of information). The defense completed the transfer of the 7 DVD's to an external 4 TB hard drive (so the zip drives could be open in full) by the early part of November 2014 and has been reviewing the information since that time.

3. The parties agree and stipulate to the following facts and request the Court to find the following:

a. The government has produced discovery to date which consists of 10,970 pages and

b. the related cases of: USA v. Sanders, 090-459, USA v. Kenitzer, 09-459, USA v. Vassallo, 09-179 and  SEC v. Vassallo,09-665;  there is approximately 65,000 pages of discovery and

c. The 7 DVD's in zip drive which have been transferred to a 4 TB external hard drive that as a conservative estimate has over approximately 250,000 documents.

d. Counsel for defendant Kari Sonovich needs time, to continue to review all of the discovery described above, to review the discovery with the client and investigators, to continue to formulate an investigation plan, to conduct investigation into this case, do research, which

1  includes legal research, in this case, and to otherwise do
2  review and investigation, using due diligence, that this complex
3  case requires.
4
5         d. Counsel for defendant Kari Sonovich represents
6  that the failure to grant the above requested continuance would
7  deny counsel for the defendant Kari Sonovich the reasonable time
8  necessary for effective preparation, taking into account the
9  exercise of due diligence.
10
11        e. The government, based on all of the above,
12 does not object to the continuance.
13        f. Based on the above stated findings, the ends
14 of justice served by continuing the case as requested outweigh
15 the interest of the public and the defendant in a trial within
16 the original date prescribed by the Speedy Trial Act.
17
18        g. For the purpose of computing the time under
19 the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq.,
20 within which trial must commence, the time period from Tuesday,
21 February 24, 2015 to Tuesday, July 14, 2015, inclusive, is
22
23 deemed excludable  pursuant to Title 18 U.S.C. section
24 3161(h)(7)(A, (B)(ii) and (iv) corresponding to Local Codes T-2
25 and T-4, because it results from a continuance granted by the
26 Court at defendants' request on the basis of the Court's finding
27 that the ends of justice served by taking such action outweigh
28


the best interest of the public and all of the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 2-17-15          /s/ Jean M. Hobler
                        _____
                        Jean M. Hobler
                        ASSISTANT UNITED STATES ATTORNEY
                        ATTORNEY FOR THE PLAINTIFF

DATED: 2-17-15          /s/ James R. Greiner
                        _____
                        James R. Greiner
                        Attorney for Defendant
                        KARI SONOVICH

**ORDER**

**IT IS SO FOUND AND ORDERED.**

DATED: FEBRUARY 17, 2015

      /s/ John A. Mendez\_\_\_
**JOHN A. MENDEZ
UNITED STATES
DISTRICT COURT JUDGE**