JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
KARI SONOVICH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,) | CR.NO.S-14-23--JAM |
| ) | |
| PLAINTIFF, ) | STIPULATION BETWEEN THE PARTIES TO |
| ) | CONTINUE THE STATUS CONFERENCE TO |
| v. ) | TUESDAY, DECEMBER 15, 2015 WITH |
| ) | EXCLUSION OF TIME FROM THE SPEEDY |
| KARI SONOVICH, ) | TRIAL ACT AND FINDINGS OF FACT AND |
| ) | ORDER |
| ) | |
| DEFENDANT. ) | |
| ) | |
| _____ ) | |

     The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Jean M. Hobler, and for the defendant, KARI SONOVICH, James R. Greiner, hereby agree and stipulate to the following[1]:

---

[1] The government requested that the format presented in this stipulation be used by the parties.

United States v. Sonovich, Continue Status Conference to

Tuesday, July 14, 2015 - 1

1-By previous order, this matter was set for status on Tuesday, July 28, 2015, see docket entry number 33.

2. By this Stipulation, the defendant now moves to continue the status conference until Tuesday, December 15, 2015 and to continue to exclude time pursuant to the Speedy Trial Act between Tuesday, July 28, 2015 and Tuesday, December 15, 2015, under Local Codes T-2 (complexity) and T-4 (time for adequate attorney preparation), as was done on February 6, 2014 and September 30, 2014, respectively. (See docket entries numbers 9 and 26). The government has produced the following discovery in this case:

    a- A CD with 10,970 pages of discovery has been produced to the defense to date and

    b- the related case of: USA v. Vassallo, 09-179;  SEC v. Vassallo,09-665;  USA v. Sanders, 090-459 and USA v. Kenitzer, 09-459, there is approximately 65,000 pages of discovery and

    c- In addition, the government had issued to Google a search warrant for two e mail addresses, the government produced 7 DVD's of information that were in zip drive (meaning a lot of information). The defense completed the transfer of the 7 DVD's to an external 4 TB hard drive (so the zip drives could

be open in full) by the early part of November 2014 and has been reviewing the information since that time.

     d- The government has recently produced (June, 2015) additional discovery consisting of e mails from Google of the gmail account of Joseph Birch. A rough estimate of the number of e mails, since review of the gmail account has not fully occurred, is that there may be upwards between 5,000 to 9,000 e mails (there is approximately 1,201 Mb of documents produced).

    3. The parties agree and stipulate to the following facts and request the Court to find the following:

     a. The government has produced discovery to date which consists of 10,970 pages and

     b. the related cases of: USA v. Sanders, 090-459, USA v. Kenitzer, 09-459, USA v. Vassallo, 09-179 and  SEC v. Vassallo,09-665;  there is approximately 65,000 pages of discovery and

     c. The 7 DVD's in zip drive which have been transferred to a 4 TB external hard drive that as a conservative estimate has over approximately 250,000 documents.

     d.  The government has recently produced (June, 2015) additional discovery consisting of e mails from Google of the gmail account of Joseph Birch. A rough estimate of the

number of e mails, since review of the gmail account has not fully occurred, is that there may be upwards between 5,000 to 9,000 e mails (there is approximately 1,201 Mb of documents produced).

e. Counsel for defendant Kari Sonovich needs time, to continue to review all of the discovery described above, to review the discovery with the client and investigators, to continue to formulate an investigation plan, to conduct investigation into this case, do research, which includes legal research, in this case, and to otherwise do review and investigation, using due diligence, that this complex case requires.

f. Counsel for defendant Kari Sonovich represents that the failure to grant the above requested continuance would deny counsel for the defendant Kari Sonovich the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g. The government, based on all of the above, does not object to the continuance.

h. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

United States v. Sonovich, Continue Status Conference to
Tuesday, July 14, 2015 - 4

i. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Tuesday, July 28, 2015 to Tuesday, December 15, 2015, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 7-23-15     /s/ Jean M. Hobler
_____
Jean M. Hobler
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

United States v. Sonovich, Continue Status Conference to
Tuesday, July 14, 2015 - 5

```
DATED: 7-23-15        /s/ James R. Greiner
                      _____
                      James R. Greiner
                      Attorney for Defendant
                      KARI SONOVICH
```

**ORDER**

**IT IS SO FOUND AND ORDERED**

DATED: JULY 23, 2015

```
                      /s/ John A. Mendez___
                      JOHN A. MENDEZ
                      UNITED STATES
                      DISTRICT COURT JUDGE
```