TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA 95603
Telephone: (530) 885-6244
Facsimile: (530) 885-8245

Attorney for Defendant
KARI SONOVICH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00023 GEB |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF TRIAL AND TRIAL CONFIRMING CONFERENCE;] FINDINGS AND ORDER** |
| v. | |
| KARI SONOVICH | |
| Defendant. | |

The defendant, Kari Sonovich, by and through her counsel, Toni White, and the Government, by and through its counsel, Assistant United States Attorneys Audrey Hemesath and Matthew Thuesen, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirming conference on March 16, 2018 with trial to begin on May 1, 2018.

2. By this stipulation, defendant now moves to continue the trial confirming conference to December 14, 2018 and to continue the trial until January 29, 2019, and to exclude time between March 16, 2018, and January 29, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defense counsel was appointed to represent Ms. Sonovich on October 16, 2017. At that time, trial dates were already set. Defense counsel has begun the process of reviewing discovery and has learned that it would be impossible to be properly and fully
Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

prepared for trial by May 1, 2018.

      b) Discovery in this matter exceeds 21,970 of bates stamped pages with discovery from three related cases totaling 65,000 pages (USA v Sanders, USA v Kenitza, SEC v Vassallo and USA v Vassallo). There is additional discovery contained on a 4 TB hard drive as well as thousands of pages of emails. Defense counsel needs time to continue reviewing discovery, to consult with her client, to review the current charges, to conduct investigation and research related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

      c) Defense counsels believe that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d) The government does not object to the continuance.

      e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 16, 2018 to January 29, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 9, 2018                    PHILLIP A. TALBERT
                                         Acting United States Attorney

                                         By:    */s/ Toni White for*
                                         AUDREY HEMESATH
                                         Assistant U.S. Attorney

                                         For the United States


Dated:  March 9, 2018                    PHILLIP A. TALBERT
                                         Acting United States Attorney

                                         By:    */s/ Toni White for*
                                         MATTHEW THUESEN
                                         Assistant U.S. Attorney

                                         For the United States


Dated:  March 9, 2018                    By:    */s/ Toni White* _
                                         TONI WHITE

                                         For Defendant Kari Sonovich

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: March 15, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge