McGREGOR W. SCOTT
Acting United States Attorney
AUDREY B. HEMESATH
MATTHEW C. THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-23 GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER RE: DEPOSITION PURSUANT TO FED. R. CRIM. P. 15(H) |
| v. | |
| KARI SONOVICH, | |
| Defendant. | |

      Plaintiff, the United States of America, and Defendant Kari Sonovich, by and through their undersigned counsels of record, hereby jointly request that the Court approve their stipulation to take and use the deposition of witness Deborah Faiman in the criminal trial set for January 29, 2019. Pursuant to Federal Rule of Criminal Procedure 15(h), the parties may agree to take and use a deposition with the consent of the Court. The parties agree to take Ms. Faiman's deposition in this case for three reasons: (1) she is percipient witness to the conduct charged in this case, and the government would call her as a witness in its case-in-chief; (2) she is currently suffering from cancer; (3) she resides in Las Vegas, and her doctor has disallowed any travel for the foreseeable future. For these reasons, the parties agree that it is appropriate to preserve Ms. Faiman's testimony though a video-recorded deposition to be taken on April 27, 2018.

1

Dated: March 27, 2018          McGREGOR W. SCOTT
                                United States Attorney

                           By:  /s/ AUDREY B. HEMESATH
                                AUDREY B. HEMESATH
                                MATTHEW C. THUESEN
                                Assistant United States Attorneys


                                /s/ TONI WHITE
                                TONI WHITE
                                Attorney for the Defendant

[PROPOSED] ORDER

Pursuant to Fed. R. Crim. P. 15(h), the Court consents to the taking and use of the deposition of Deborah Faiman.

Dated: March 28, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge