TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
KARI SONOVICH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00023 GEB |
|---|---|
| Plaintiff, | **STIPULATION REGARDING REMOVAL OF PRETRIAL SUPERVISION CONDITION; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| KARI SONOVICH | |
| Defendant. | |

Defendant, KARI SONOVICH, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

1. Defense counsel for Ms. Sonovich was contacted by U.S. Pretrial Services officer Darryl Walker about removing the employment condition from Ms. Sonovich's pretrial supervision conditions.

2. Officer Walker indicated that Ms. Sonovich has been under pretrial supervision for over four years and has been compliant with her release conditions. He further indicated that Ms. Sonovich has had no new law violations and has remained in contact with pretrial services of a weekly basis. He stated that he would recommend that Ms. Sonovich have the employment condition of her pretrial supervision conditions removed based on the fact that she is home schooling her son.

1

3. AUDREY HEMESATH, counsel for the GOVERNMENT, has been advised of the proposed removal of the employment condition and has no objection.

By this stipulation, defendant now moves to have the employment condition of her pretrial supervision conditions removed.

IT IS SO STIPULATED.

Dated: April 2, 2018  PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Toni White for*
AUDREY HEMESATH
Assistant U.S. Attorney

For the United States

Dated: April 2, 2018  By: */s/ Toni White*
TONI WHITE

For Defendant Kari Sonovich

**O R D E R**

IT IS SO FOUND AND ORDERED .

Dated: April 2, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge