```
1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  11930 Heritage Oak Place, Suite 6
   Auburn, CA  95603
3  Telephone:  (530) 885-6244
   Facsimile:   (530) 885-8245
4
5  Attorney for Defendant
   KARI SONOVICH
6
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00023 GEB |
|---|---|
| Plaintiff, | **STIPULATION TO TERMINATE DEFENDANT'S PRE-TRIAL SERVICES SUPERVISION; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| KARI SONOVICH | |
| Defendant. | |

The defendant, Kari Sonovich, by and through her counsel, Toni White, and the Government, by and through its counsel, Assistant United States Attorneys Audrey Hemesath and Matthew Thuesen, hereby stipulate as that the pre-trial supervision of Kari Sonovich be terminated.

Ms. Sonovich has no prior record, has been under supervision for four years, has made all of her required court appearances, has no prior failures to appear for court and has had no violations of pre-trial services supervision.

United States Pretrial Services Officer Darryl Walker joins in this request. He indicates that Ms. Sonovich's electronic monitoring condition was removed in June of 2014, her passport was surrendered, she has maintained contact with pretrial services on a weekly basis and she has maintained a stable residence with her parents while she is raising her child. Pretrial-

The $100,000 unsecured bond signed by her parents would remain in effect.

IT IS SO STIPULATED.

Dated: June 14, 2018                        PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            By:    */s/ Toni White for*
                                            AUDREY HEMESATH
                                            Assistant U.S. Attorney

                                            For the United States


Dated: June 14, 2018                        PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            By:    */s/ Toni White for*
                                            MATTHEW THUESEN
                                            Assistant U.S. Attorney

                                            For the United States


Dated: June 14, 2018           By:    */s/ Toni White*
                                      TONI WHITE

                                      For Defendant Kari Sonovich

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: June 14, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge