TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95623
Telephone: (530) 885-6244
Facsimile: (530) 344-9298

Attorney for Defendant
KARI SONOVICH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00023 GEB |
|---|---|
| Plaintiff, | **STIPULATION REGARDING MODIFICATION OF SPECIAL CONDITION OF RELEASE; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| KARI SONOVICH | |
| Defendant. | |

Defendant, KARI SONOVICH, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

1. Special condition number 9 of Ms. Sonovich's special conditions of release (ECF DOC #12) states that Ms. Sonovich "shall not associate or have any contact with co-defendants in this case or any related case, *except Anthony Vassallo and only as it relates to [their] shared child*, or with [the investors in this case]." (emphasis added).

2. Defense counsel, in representing Ms. Sonovich, requests that the above italicized language be deleted and replaced with the following language: "*except that you may associate and have contact with Anthony Vassallo and his family*,"

3. Ms. Sonovich was under pretrial supervision for over four years before being successfully released from pretrial supervision. She was compliant with her release

1

conditions, had no new law violations and remained in contact with pretrial services on a weekly basis.

4. Ms. Sonovich has entered a guilty plea in this matter and, as such, there will be no trial in this matter. Ms. Sonovich and Mr. Vassallo have a child together and she desires to be able to engage in normal conversation with him and to be able to have contact with his family so that their child can interact with that side of the family.

5. AUDREY HEMESATH, counsel for the GOVERNMENT, has been advised of the proposed modification of condition #9 and has no objection.

By this stipulation, defendant now moves to have condition #9 amended as requested.


IT IS SO STIPULATED.

Dated: November 28, 2018                McGregor Scott
                                        United States Attorney

                                        By:    */s/ Toni White for*
                                        AUDREY HEMESATH
                                        Assistant U.S. Attorney

                                        For the United States


Dated: November 28, 2018                By:    */s/ Toni White*
                                        TONI WHITE

                                        For Defendant Kari Sonovich

**O R D E R**

IT IS SO FOUND AND ORDERED this 4th day of December 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE