TONI WHITE (SBN 210119)
PO Box 1081
El Dorado, CA 95623
Tel:     (530) 885-6244

Attorney for defendant
KARI SONOVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 2:14-CR-00023 JAM |
| | ) | |
| Plaintiff, | ) | ORDER EXTENDING VOLUNTARY |
| | ) | SURRENDER DATE |
| v. | ) | |
| | ) | |
| KARI SONOVICH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    Based on the information presented to the Court in defendant's Request for Extension of Voluntary Surrender date filed on August 26, 2020, the Court now extends defendant Kari Sonovich's voluntary surrender date to January 25, 2021.

IT IS SO ORDERED this 28th day of August, 2020.

                                            /s/ John A. Mendez_____
                                          HON. JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE