TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
KARI SONOVICH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )   No. 2:14-CR-00023 JAM
                                       )
        Plaintiff,                     )
                                       )   **ORDER EXTENDING VOLUNTARY**
                                       )   **SURRENDER DATE**
v.                                     )
                                       )
SONOVICH                               )
                                       )
        Defendant.                     )
                                       )
                                       )
                                       )
                                       )

Based on the Request for Extension of Voluntary Surrender Date filed with this Court on

January 21, 2021, the voluntary surrender date for Kari Sonovich is extended until July 1, 2021.


        IT IS SO ORDERED this 21st day of January, 2021.




                                       /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE