TONI WHITE (SBN 210119)
PO Box 1081
El Dorado, CA 95623
Tel:    (530) 885-6244

Attorney for defendant
KARI SONOVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:14-CR-00023 JAM |
| Plaintiff, | ) ) | AMENDED ORDER SEALING THE REQUEST TO SEAL, EXHIBIT K AND EXHIBIT M TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO COMPASSIONATE RELEASE |
| v. | ) ) ) | |
| SONOVICH, | ) ) | |
| Defendant. | ) ) ) | |

This amended proposed order clarifies that Ms. Sonovich seeks to have exhibits K *and* M sealed as opposed to exhibits K *through* M.

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Kari Sonovich, IT IS HEREBY ORDERED that Defendant's Request to Seal and Exhibits K and M to Defendant's Motion to Reduce Sentence Pursuant to Compassionate Release Motion filed as ECF DOC Number 112 shall be SEALED until further order of this Court.

DATED:  June 21, 2021                 /s/ John A. Mendez
                                      _____
                                      THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE