TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95623
Telephone: (530) 885-6244

Attorney for Defendant
KARI SONOVICH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00023 JAM |
| Plaintiff, | **STIPULATION TO SET BRIEFING DATES AND EXTEND SURRENDER DATE; ORDER** |
| v. | |
| KARI SONOVICH | |
| Defendant. | |

The defendant, Kari Sonovich, by and through her counsel, Toni White, and the Government, by and through its counsel, Assistant United States Attorneys Audrey Hemesath and Matthew Thuesen, hereby stipulate as follows:

1. Ms. Sonovich has a compassionate release motion pending and she has requested that her July 1, 2021 surrender date be extended to August 16, 2021 after the Court has made a decision on her motion. ECF No. 112.

2. Ms. Sonovich reports that severe health, caretaking and covid issues have continued for herself, her parents and her brother that necessitated her coming forward to request an extension of her voluntary surrender date both for her current medical issues and based on her caretaking role for her family, who is in crisis. Documentation and letters attached

to the compassionate release motion and as exhibits to the motion filed under seal address the issues in detail. The Government is reviewing the motion and supporting exhibits.

3. Ms. Sonovich performed perfectly on pretrial supervision during the pendency of her case and has had no arrests or convictions of any crime since her original arrest in 2014.

4. After the parties discussed the matter, the following proposed schedule has been proposed:

    The Government's Response is due July 16, 2021;

    Ms. Sonovich's Reply is due July 23, 2021.

IT IS SO STIPULATED.

Dated: June 24, 2021                       PHILLIP A. TALBERT
                                                     Acting United States Attorney

                                                     By:    */s/ Toni White for*
                                                     AUDREY HEMESATH
                                                     Assistant U.S. Attorney

                                                     For the United States


Dated: June 24, 2021                       PHILLIP A. TALBERT
                                                     Acting United States Attorney

                                                     By:    */s/ Toni White for*
                                                     MATTHEW THUESEN
                                                     Assistant U.S. Attorney

                                                     For the United States


Dated: June 24, 2021                       By:    */s/ Toni White*
                                                     TONI WHITE

                                                     For Defendant Kari Sonovich

**O R D E R**

IT IS SO FOUND AND ORDERED this 24th day of June, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order for Setting Briefing Schedule
and Extending Surrender Date