# Exhibit C

Log In | Try 1 month for $1



Subscribe



NATION/WORLD   NEWS   POLITICS

# 'Substantial likelihood' that feds committed wrongdoing in ignoring asbestos, mold at women's prison in California

The finding, now forwarded to Attorney General Merrick Garland, involves the Federal Correctional Institution in Dublin, already under Justice Department scrutiny for rampant sexual abuse of inmates.

By Mike Balsamo | AP, Michael R. Sisak | AP |   Apr 12, 2022, 10:15am PDT

   



Illinois coronavirus: Officials urge more to get booster shots as cases climb

Read More



The Federal Correctional Institution in Dublin, California, a women's prison where a government watchdog has found a "substantial likelihood" that the federal Bureau of Prisons committed wrongdoing when it ignored complaints and failed to address asbestos and mold contamination. The prison already has been under scrutiny for rampant sexual abuse of inmates.
Ben Margot / AP

A government watchdog has found a "substantial likelihood" the federal Bureau of Prisons committed wrongdoing when it ignored complaints and failed to address asbestos and mold contamination at a women's prison in California that already has been under scrutiny for rampant sexual abuse of inmates.

The U.S. Office of Special Counsel now wants Attorney General Merrick Garland to step in to investigate the accusations.

That's after multiple whistleblower complaints were filed earlier this year by union officials at the Federal Correctional Institution in Dublin, California. According to the complaints, senior Bureau of Prisons officials failed to act to resolve the accusations o

Illinois coronavirus: Officials urge more to get booster shots as cases climb

Read More

The union had repeatedly complained that correctional of inmates were being exposed to potentially hazardous mold and asbestos but says those concerns were ignored.

"Management's failure to address unsafe and dangerous working conditions at FCI Dublin has put

the health and safety of both employees and inmates at considerable risk," Dublin union president Edward Canales said. "We look forward to the outcome of this investigation, which we hope will result in the unsafe conditions being remedied and appropriate disciplinary actions being taken against the managers who failed to act."

The Office of Special Counsel said that, although it found "a substantial likelihood of wrongdoing" based on the complaint it received, the referral to Garland doesn't constitute its final determination. It said the case remains open until the agency submits its final report, which will be forwarded to President Joe Biden and Congress.

Emery Nelson, a spokesman for the Bureau of Prisons, said, "All safety concerns reported by staff at Dublin are being addressed."

RELATED

**At federal women's prison in California, a toxic culture of sexual abuse, cover-ups**

The Justice Department has been investigating accusations of misconduct at Dublin, where five employees — including the former warden — have been charged with sexually abusing inmates. An Associated Press investigation earlier this year uncovered a pattern of sexual misconduct and a culture that enabled it to continue for years.

After that investigation was published, whistleblowers at the prison said they were being attacked for having spoken up. The Bureau of Prisons launched a task force of 18 senior executives who visited the prison in March to assess the conditions there and work to reform the facility. The agency's director, Michael Carvajal, also visited the prison.

The Justice Department said it has received the letter, "appreciates OSC's responsiveness to these concerns" and that the Bureau of Prisons is "addressing co  Illinois coronavirus: Officials urge more to get working to ensure that all facilities are operating under sat  booster shots as cases climb

Read More

**NEXT UP IN NEWS**

Netflix looks to curb password sharing, considers ads

Aiming to predict COVID, future pandemics better, CDC opens infectious diseases forecasting center

Joliet farmers wrangle cows thrown from semitrailer after crash on Interstate 80

1 killed, 3 wounded in shootings Tuesday in Chicago

Obama relatives sue Milwaukee school alleging racial bias

Unmasked transit: Pritzker ends mask mandates in public transportation, airports

**MOST READ**

Illinois coronavirus: Officials urge more to get booster shots as cases climb

A 10-year-old girl called 911 and accused her father, a cop, of se  charged only with battery, a misdemeanor

Read More

CPD supervisors reassigned following claims they fostered hostile work environment

Case 2:14-cr-00023-JAM   Document 123-1   Filed 05/14/22   Page 6 of 8

When it comes to greed, Greg Norman and Phil Mickelson make for a terrible twosome

The GOAT retires: A look back at the legacy of Simeon basketball coach Robert Smith

10 Four Corner Hustlers charged with drug trafficking

Illinois coronavirus: Officials urge more to get booster shots as cases climb

## Sponsored Content

Recommended by

Read More

Case 2:14-cr-00023-JAM   Document 123-1   Filed 05/14/22   Page 7 of 8

| How Long Does $1 Million Last After 60? Fisher Investments | Early Amazon investor believes this $3 stock could pay for your retirement The Alpha Cut | Doctors Can't Explain Why This Fruit May Cut Your Blood Sugar By 90% Gluco Shield Pro | This New Sleep Patch Technology Is Taking The US By Storm tryzleep.com | How to buy Apple devices without paying Apple prices Capital One Shopping | This Game is So Beautiful. If You Have a Computer it's a Must-Have. Raid: Shadow Legends |

**THE LATEST**

**ELECTIONS**

**Bailey to hit Chicago TV screens after billionaire Uihlein pumps $2.5 million more into GOP campaign for governor**

The $2.5 million that the Lake Forest GOP megadonor dropped into Bailey's war chest on Friday comes just days after a poll showed the gap between the downstate senator and Aurora Mayor Richard Irvin has narrowed in the wide-open GOP primary race for governor.

By Tina Sfondeles and Manny Ramos  |  May 13, 2022, 8:28pm PDT

**CUBS**

**'Batman and Robin'?: How new Cubs hitting coaches complement each other**

Cubs hitting coach Greg Brown and assistant hitting coach Johnny Washington joined the club this winter.

By Maddie Lee  |  May 13, 2022, 7:42pm PDT

✕

Illinois coronavirus: Officials urge more to get booster shots as cases climb

**WHITE SOX**

**White Sox' Lucas Giolito goes on**

The right-hander could miss the five-game s
doubleheader Tuesday.

By Mark Gonzales  |  May 13, 2022, 7:26pm PD

Read More

**SUBURBAN CHICAGO**

**Feds charge two men in Oakbrook Terrace red-light camera kickback scheme**

James Colucci and Joseph Colucci are accused of giving valuable items, including cash, to Tony Ragucci, then the mayor of Oakbrook Terrace.

Case 2:14-cr-00023-JAM   Document 123-1   Filed 05/14/22   Page 8 of 8

By Manny Ramos | May 13, 2022, 7:14pm PDT

**CRIME**

**Teen boy, 17, fatally shot in Englewood: police**

The teen boy was near the sidewalk in the 6900 block of South Ada Street when someone fired shots.

By Sun-Times Wire | May 13, 2022, 7:13pm PDT

*

Illinois coronavirus: Officials urge more to get booster shots as cases climb

Read More