TONI WHITE (SBN 210119)
PO Box 1081
El Dorado, CA 95623
Tel:     (530) 885-6244

Attorney for defendant
KARI SONOVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 2:14-CR-00023 JAM |
| ) | |
| Plaintiff, ) | NOTICE OF REQUEST TO SEAL THE |
| ) | REQUEST TO SEAL, EXHIBIT A AND |
| v. ) | EXHIBIT B TO DEFENDANT'S |
| ) | RENEWED MOTION FOR REDUCTION |
| SONOVICH, ) | OF SENTENCE PURSUANT TO |
| ) | COMPASSIONATE RELEASE |
| Defendant. ) | |
| ) | |
| _____ ) | |

  Pursuant to Local Rule 141(b), defendant Kari Sonovich, through her counsel Toni White, respectfully requests an Order sealing her request to seal as well as Exhibits A and B to her renewed motion for reduction of sentence pursuant to compassionate release. Said Motion is filed as ECF DOC Number 123. The request for sealing is based upon the concerns articulated in the defendant's Request to Seal. The Request to Seal was provided to the Court by electronic mail and this Notice of Request to Seal will be served on all parties through the Court's ECF/PACER system. The Request to Seal and Proposed Order will be sent to the Court for consideration by electronic mail.

  For these reasons, defendant respectfully requests that her Request to Seal remain under seal until further Order of the Court.

Dated: May 14, 2022

By: /s/  Toni White
TONI WHITE
Attorney for Defendant
KARI SONOVICH