```
TONI WHITE (SBN 210119)
PO Box 1081
El Dorado, CA 95623
Tel:    (530) 885-6244

Attorney for defendant
KARI SONOVICH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:14-CR-00023 JAM |
|---|---|---|
| Plaintiff, | ) | PROPOSED ORDER SEALING THE REQUEST TO SEAL, EXHIBIT A AND EXHIBIT B TO DEFENDANT'S RENEWED MOTION FOR REDUCTION OF SENTENCE PURSUANT TO COMPASSIONATE RELEASE |
| v. | ) | |
| SONOVICH, | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Kari Sonovich, IT IS HEREBY ORDERED that Defendant's Request to Seal, Exhibit A and Exhibit B to Defendant's Renewed Motion to Reduce Sentence Pursuant to Compassionate Release Motion filed as ECF DOC Number 123 shall be SEALED until further order of this Court.

DATED: May 16, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE