PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00023 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| KARI SONOVICH, | |
| Defendant. | |

The United States requests a one-week extension of time to respond to the defendant's motion for compassionate release, and the defendant does not oppose. The reason for the extension is the temporary illness of government counsel. Accordingly, the parties propose the following schedule:

    a)    The government's response to the defendant's motion to be filed on or before June 10, 2022;

    b)    The defendant's reply to the government's response to be filed on or before June 17, 2022.

IT IS SO STIPULATED.

STIPULATION RE BRIEFING SCHEDULE      1

Dated:  June 2, 2022             PHILLIP A. TALBERT
                                               United States Attorney

                                               /s/ AUDREY B. HEMESATH
                                               AUDREY B. HEMESATH
                                               Assistant United States Attorney

Dated:  June 2, 2022             /s/ TONI WHITE
                                               TONI WHITE
                                               Counsel for Defendant
                                               KARI SONOVICH

### ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)      The government's response to the defendant's motion, (ECF 123), is due on or before June 10, 2022;

b)      The defendant's reply to the government's response, if any, is due on June 17, 2022.

IT IS SO FOUND AND ORDERED this 2nd day of June 2022.

                                               /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE